# United States Bankruptcy Court
# Southern District of Florida

In re:  Orlando Morales                              Case No: 18-15790-LMI
                Debtor

This response is brought
by:                     Debtor                        Chapter   13

## RESPONSE IN OPPOSITION TO OBJECTION TO CONFIRMATION OF PLAN

Debtor, Orlando Morales, by and through counsel, responds to the Objection to Confirmation of Plan [DE 17] (hereinafter "Objection") as follows:

1. On June 6, 2018, BSI Financial Services, as Servicing agent for DLJ Mortgage Capital, Inc. (hereinafter "Creditor") filed an Objection to Confirmation of Plan, predicated on the plan not paying 31 percent of Debtor's gross income of $10,000 pursuant to the MMM program.

2. 31 percent of $10,000 equals $3,100.00.  Instead, Debtor is paying $2,489.00 per month.

3. The Mortgage Modification Mediation Procedures requires that the plan include, among other provisions, the following language:  "*While the MMM is pending and until the trial/interim payment plan or the permanent mortgage modification/permanent payment is established by the parties, absent Court order to the contrary, the debtor has included a postpetition monthly plan payment (a) with respect to the debtor's homestead, of no less than the lower of the prepetition monthly contractual mortgage payment or 31% of the debtor's gross monthly income (__after deducting any amount paid toward HOA fees due for the property__) and (b) with respect to income producing property, of no

*less than 75% of the gross income generated by such property, as a good faith adequate protection payment to the lender. All payments shall be considered timely upon receipt by the trustee and not upon receipt by the lender".*

4. The MMM Procedures prescribe reducing MMM payment payments of 31 percent of Debtor's gross income by the amount paid for HOA fees.

5. The property in question is subject to HOA fees of $611.00 as is reflected on Schedule J, paid to Royal Harbour Yacht Club; $3,100 minus $611.00 equals $2,489.00, the amount paid to Creditor in the plan.

**WHEREFORE**, Debtor, Orlando Morales, requests that the Court deny Creditor's Objection to Confirmation of Plan [DE 17].

**I HEREBY CERTIFY** that a copy of the foregoing motion was served by ECF on July 1, 2018 on: Chase A Berger on behalf of Creditor BSI Financial Services, as Servicing Agent for DLJ Mortgage Capital, Inc.
CBerger@ghidottiberger.com, rbecker@ghidottiberger.com, areyes@ghidottiberger.com

| | |
|---|---|
| **CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)** | Rodriguez Law, P.L.<br>Counsel for the Debtor<br>6600 Cow Pen Road, Suite 220 |
| **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A). | Miami Lakes, FL 33014<br>Telephone: 305-262-8226<br>Facsimile: 305-262-8229<br><br>/s/ Ricardo A Rodriguez<br>Ricardo A Rodriguez, Esq., FBN 0496901 |