UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI BEACH DIVISION
www.flsb.uscourts.gov

In re:

                                                                             Chapter 13
                                                                             Case No.: 18-15790-LMI

ORLANDO MORLALES,

      Debtor.
_____/

**MOTION FOR RECONSIDERATION OF ORDER
GRANTING DEBTOR'S VERIFIED *EX-PARTE* MOTION FOR
REFERRAL TO MORTGAGE MODIFICATION MEDIATION**

**BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR DLJ MORTGAGE CAPITAL, INC.** ("Secured Creditor"), by and through its undersigned counsel, hereby files this Motion for Reconsideration of Order Granting Debtor's Verified *Ex-Parte* Motion for Referral to Mortgage Modification Mediation, in support thereof, states as follows:

      1.      On May 14, 2018 (the "Petition Date"), the Debtor filed its Voluntary Petition under Chapter 13 of the United States Bankruptcy Code [D.E. 1] and the proposed Chapter 13 Plan [D.E. 2] (the "Plan").

      2.      On July 10, 2018, the Debtor filed a Verified *Ex-Parte* Motion for Referral to Mortgage Modification Mediation [D.E. 28].

      3.      On July 13, 2018, the Court entered the Order Granting Debtor's Verified *Ex-Parte* Motion for Referral to Mortgage Modification Mediation [D.E. 29] (the "Mediation Order").

      4.      Secured Creditor holds a secured claim by virtue of that certain promissory Note dated September 1, 2015, and that certain mortgage recorded on September 10, 2015, in O.R. Book 29771, Page 3479, CFN No. 20150584869, in the Public Records of Miami-Dade County, Florida,

encumbering the property located at *6149 Paradise Point Drive, Palmetto Bay, FL 33157* (the "Property").

5. Secured Creditor asserts that the loan which the Debtor seeks to modify is an investment loan as the loan was obtained by the Debtor for the purchase of an investment property and not for the purchase of Debtor's homestead property (the "Investment Loan").

6. Pursuant to Schedule C of the petition, the Debtor has listed the Property but has claimed $0.00 as the homestead exemption amount.

7. Pursuant to the Miami-Dade Property Appraiser, the Debtor is listed as the registered property owner. However, no homestead exemption has been claimed on the Property for years of 2016, 2017 or 2018. A true and correct copy of the Property valuation is attached hereto as **Exhibit "A"**.

8. Secured Creditor seeks reconsideration of the Mediation Order as the Investment Loan is not eligible and/or does not meet the requisites for loan modification consideration.

9. As such, Secured Creditor respectfully requests that the Court set a hearing on the Motion so as to consider the instant Motion and enter an order vacating the Mediation Order and excusing Secured Creditor from further participation in Mortgage Modification Mediation as to the Investment Loan and Property, and directing the Debtor to file an amended plan to either conform to Secured Creditor's Proof of Claim or to surrender the Property to Secured Creditor.

10. Further, if the Debtor fails to amend the Plan, that Secured Creditor be granted relief from the automatic stay.

*Case No.: 18-15790-LMI*

**WHEREFORE**, Secured Creditor, BSI Financial Services, as servicing agent for DLJ Mortgage Capital, Inc., respectfully requests that this Court set a hearing on the instant Motion and for any such further relief as this Court deems just and proper.

**Dated this 26th day of July, 2018.**

        Respectfully submitted,

        **GHIDOTTI | BERGER, LLP**
        *Attorneys for Secured Creditor*
        3050 Biscayne Blvd. - Suite 402
        Miami, Florida 33137
        Telephone: (305) 501.2808
        Facsimile: (954) 780.5578

        By:  /s/ Chase A. Berger
            Chase A. Berger, Esq.
            Florida Bar No. 083794
            cberger@ghidottiberger.com

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)**

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

        By:  /s/ Chase A. Berger
            Chase A. Berger, Esq.

*Case No.: 18-15790-LMI*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

| | |
|---|---|
| *Debtor* | *Debtor's Counsel* |
| **Orlando Morales** | **Ricardo A. Rodriguez, Esq.** |
| 6149 Paradise Point Drive | 6600 Cow Pen Road - Suite 220 |
| Miami, FL 33157 | Miami Lakes, FL 33014 |
| | |
| *Trustee* | *U.S. Trustee* |
| **Nancy K. Neidich** | **Office of the US Trustee** |
| P.O. Box 279806 | 51 S.W. 1st Avenue - Suite 1204 |
| Miramar, FL 33027 | Miami, FL 33130 |

By: /s/ Chase A. Berger
Chase A. Berger, Esq.



# PEDRO J. GARCIA
# MIAMI-DADE PROPERTY APPRAISER

**IMPORTANT MESSAGE**

When buying real estate property, you should not assume that property taxes will remain the same. Whenever there is a change in ownership, the assessed value of the property may reset to full market value, which could result in higher property taxes. Please use our Tax Estimator to approximate your new property taxes.

The Property Appraiser does not send tax bills and does not set or collect taxes. Please visit the Tax Collector's website directly for additional information.

| Address | Owner Name | Folio |

## SEARCH:

| 6149 Paradise Point Drive | Suite | 🔍 |

Back to Search Results

## PROPERTY INFORMATION

**Folio:** 33-5025-007-0050

**Sub-Division:**
ROYAL HARBOUR YACHT CLUB 1ST ADDN

**Property Address**
6149 PARADISE POINT DR
Palmetto Bay, FL  33157-2644

**Owner**
ORLANDO MORALES

**Mailing Address**
6149 PARADISE POINT DR
MIAMI, FL 33157

**PA Primary Zone**
9400 PLANNED AREA DEVELOPMENT

# EXHIBIT "A"

**Primary Land Use**
0410 RESIDENTIAL - TOTAL VALUE : TOWNHOUSE

| | |
|---|---|
| Beds / Baths / Half | 3 / 2 / 0 |
| Floors | 3 |
| Living Units | 1 |
| Actual Area | 3,333 Sq.Ft |
| Living Area | 2,540 Sq.Ft |
| Adjusted Area | 2,540 Sq.Ft |
| Lot Size | 2,145 Sq.Ft |
| Year Built | 1996 |



2017 Aerial Photography  60ft

### Featured Online Tools

| | |
|---|---|
| Comparable Sales | Glossary |
| Non-Ad Valorem Assessments | PA Additional Online Tools |
| Property Record Cards | Property Search Help |
| Property Taxes | Report Discrepancies |
| Report Homestead Fraud | Tax Comparison |
| Tax Estimator | TRIM Notice |
| Value Adjustment Board | |

## ASSESSMENT INFORMATION

| Year | 2018 | 2017 | 2016 |
|---|---|---|---|
| Land Value | $0 | $0 | $0 |
| Building Value | $0 | $0 | $0 |
| Extra Feature Value | $0 | $0 | $0 |
| Market Value | $475,000 | $475,000 | $475,000 |
| Assessed Value | $475,000 | $475,000 | $475,000 |

## TAXABLE VALUE INFORMATION

| | 2018 | 2017 | 2016 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $475,000 | $475,000 | $475,000 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $475,000 | $475,000 | $475,000 |
| **CITY** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $475,000 | $475,000 | $475,000 |
| **REGIONAL** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $475,000 | $475,000 | $475,000 |

## BENEFITS INFORMATION

| Benefit | Type | 2018 | 2017 | 2016 |
|---|---|---|---|---|

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

## FULL LEGAL DESCRIPTION

ROYAL HARBOUR YACHT CLUB 1ST ADDN

PB 142-31 T-17544

LOT 5 BLK 7

LOT SIZE 2145 SQ FT

& INT IN COMMON AREA

F/A/U 30-5024-000 & 5025-005

OR 17766-2508 0897 1

F/A/U 30-5025-007-0050

## SALES INFORMATION

| Previous Sale | Price | OR Book-Page | Qualification Description | Previous Owner 1 | Previous Owner 2 |
|---|---|---|---|---|---|
| 09/02/2015 | $625,000 | 29771-3477 | Qual by exam of deed | CASTELLANOS REAL ESTATE | HOLDINGS LLC |
| 03/12/2015 | $650,000 | 29543-1476 | Qual on DOS, multi-parcel sale | GEORGE C PEDERSEN | BARBARA PEDERSEN |
| 08/01/1997 | $302,000 | 17766-2508 | Sales which are qualified | | |
| 12/01/1994 | $1,374,600 | 16617-0032 | Deeds that include more than one parcel | | |

For more information about the Department of Revenue's Sales Qualification Codes.

## ADDITIONAL INFORMATION

\* The information listed below is not derived from the Property Appraiser's Office records. It is provided for convenience and is derived from other government agencies.

| LAND USE AND RESTRICTIONS | |
|---|---|
| Community Development District: | NONE |
| Community Redevelopment Area: | NONE |
| Empowerment Zone: | NONE |
| Enterprise Zone: | NONE |
| Urban Development: | INSIDE URBAN DEVELOPMENT BOUNDARY |
| Zoning Code: | PAD - |
| Existing Land Use: | 12 - TOWNHOUSES. |
| Government Agencies and Community Services | |

| OTHER GOVERNMENTAL JURISDICTIONS |
|---|
| Business Incentives |
| Childrens Trust |
| City of Palmetto Bay |
| Environmental Considerations |
| Florida Department Of Revenue |
| Florida Inland Navigation District |
| PA Bulletin Board |
| Non-Ad Valorem Assessments |
| School Board |
| South Florida Water Mgmt District |
| Tax Collector |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

For inquiries and suggestions email us at http://www.miamidade.gov/PAPortal/ContactForm/ContactFormMain.aspx.

Version: 2.0.3

# EXEMPTIONS & BENEFITS

Deployed Military

Disability Exemptions

Homestead

Institutional

Senior Citizens

More >

## REAL ESTATE

40 Yr Building Re-Certification

Appealing Your Assessment

Defective Drywall

Folio Numbers

Mortgage Fraud

More >

## TANGIBLE PERSONAL PROPERTY

Appealing your Assessment

Assessment Information Search

Exemptions

Extension Requests

Filing Returns

More >

## PUBLIC RECORDS

Address Blocking

Change of Name

Change of Address

Change of Ownership & Title

Declaration of Condominium

More >

## Online Tools

Property Search

Property Sales

Tax Estimator

Tax Comparison

Homestead Exemption and Portability

More >

## Tax Roll Administration

Appealing your Assessment

Reports

More >