## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
### www.flsb.uscourts.gov

In re:

                                        Chapter 13
                         Case No.: 18-15790-LMI

ORLANDO MORALES,

     Debtor.

_____/

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on July 26, 2018, I served a conformed copy of *Notice of Hearing (Re: [37] Motion to Reconsider (Re: [29] Order on Verified Motion for Referral to Mortgage Modification) Filed by Creditor BSI Financial Services, as Servicing Agent for DLJ Mortgage Capital, Inc.) Chapter 13 Hearing scheduled for 09/13/2018 at 09:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128* [D.E. 38]. upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Dated this 26th day of July, 2018.**

                                  Respectfully submitted,

                                  **GHIDOTTI | BERGER, LLP**
                                  *Attorneys for Secured Creditor*
                                  3050 Biscayne Blvd. - Suite 402
                                  Miami, Florida 33137
                                  Telephone: (305) 501.2808
                                  Facsimile: (954) 780.5578

                                  By: _____/s/ Chase A. Berger_____
                                      Chase A. Berger, Esq.
                                    Florida Bar No. 083794
                                    cberger@ghidottiberger.com

## <u>CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)</u>

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: \_\_\_\_/s/ Chase A. Berger_____
Chase A. Berger, Esq.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on <u>July 26, 2018</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Orlando Morales**
6149 Paradise Point Drive
Miami, FL 33157

*Debtor's Counsel*
**Ricardo A. Rodriguez, Esq.**
6600 Cow Pen Road - Suite 220
Miami Lakes, FL 33014

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

By: \_\_\_\_/s/ Chase A. Berger_____
Chase A. Berger, Esq.